LAZARUS BELFER, Respondent, *v.* MORGIANA LUDLOW, Appellant.

*Belfer* v. *Ludlow*, 143 App. Div. 147; appeal dismissed.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1911, which affirmed an order of Special Term granting a motion for leave to issue an execution.

The motion was made on the ground that the order appealed from was not appealable to the Court of Appeals.

*Francis A. McCloskey* for motion.

*Frank L. Holt* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.